IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evelyn Teller, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>      Defendant. | No. CV-16-08002-PCT-PGR<br><br>ORDER |

    The parties having filed a Stipulation to Dismiss Plaintiff's Complaint (Doc. 74) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

    IT IS ORDERED that the Clerk of the Court shall terminate this action.

    DATED this 14th day of March, 2017.

_____
Paul G. Rosenblatt
United States District Judge